UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Saim Sarwar**
       Plaintiff

v.　　　　　　　　　　　　　　　　Civil Action No. 1:20-cv-12246-DPW

**Fr. Agnel,Inc.**
       Defendant

WOODLOCK, D.J.

    The Court having been advised by counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                 By the Court,

1/31/2022　　　　　　　　　　　　　　　　 /S/ Caetlin McManus
  Date　　　　　　　　　　　　　　　　　　　Docket Clerk