**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SAIM SARWAR, Individually,<br><br>        Plaintiff,<br>v.<br><br>FR. AGNEL, INC., a Massachusetts corporation,<br><br>        Defendant.<br>_____ | Case No.: 1:20-cv-12246 |

**NOTICE OF DISMISSAL**

Plaintiff, Saim Sarwar, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(I), hereby dismisses Plaintiff's claims in this action against FR. Agnel, Inc. WITH PREJUDICE.

Dated: February 16, 2022    Respectfully submitted,

/s/ *John A. Curseaden*
John A. Curseaden, Esq. (BBO # 562737)
Curseaden Law Office
301 Littleton Road # 705
Westford, MA 01866
curseadenlaw@gmail.com
(978) 267-7656